UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 JAN 25 AM 11:40

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

Richard Abapo Quidilla (1),

                Defendant.

CASE NO. 10CR4697-W

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**_X_**  of the offense(s) of the Information:_18:1542 - False Statement in Application and Use of a United States Passport (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/24/11

Hon. Thomas J. Whelan
UNITED STATES DISTRICT JUDGE